**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **DARCY S. STEELE,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 09-548-P-H** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On October 31, 2010, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision.

The time within which to file objections expired on November 17, 2010, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The decision of the Commissioner is **VACATED** and the case is **REMANDED** for further proceedings consistent with the findings of the Recommended Decision.

**SO ORDERED.**

**DATED THIS 22ND DAY OF NOVEMBER, 2010**

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**