# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| DARCY S. STEELE, )<br> )<br>  PLAINTIFF )<br> )<br>v. )<br> )<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL SECURITY, )<br> )<br>  DEFENDANT ) | CIVIL NO. 09-548-P-H |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 5, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision on Motion for Clarification of Court's Order. The time within which to file objections expired on October 24, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The motion for clarification is **GRANTED** and it is **ORDERED** that the Commissioner comply with the mandate of the court as clarified in the Recommended Decision.

SO ORDERED.

DATED THIS 25TH DAY OF OCTOBER, 2011

/S/D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE